Michele D. Johnson (Bar No. 198298)
  Michele.Johnson@LW.com
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Michael A. Morin (*PHV to be filed*)
  Michael.Morin@LW.com
Kevin C. Wheeler (Bar No. 261177)
  Kevin.Wheeler@LW.com
Joelle P. Justus (Bar No. 275244)
  Joelle.Justus@LW.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorneys for Plaintiffs Guy A. Shaked Investments Ltd. and Dafni Hair Products, Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GUY A. SHAKED INVESTMENTS LTD. AND DAFNI HAIR PRODUCTS, LTD.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHIANG KA MAN,<br><br>　　　　Defendant. | Case No. 2:19-cv-010589<br><br>**NOTICE OF RELATED CASES** |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE:**

Pursuant to Central District Local Rule 83-1.3.1, Plaintiffs Guy A. Shaked Investments Ltd. and Dafni Hair Products, Ltd. ("Plaintiffs") hereby provide notice of pendency of related actions:

On December 16, 2019, Plaintiffs filed a patent infringement action in this district captioned Guy A. Shaked Investments, Ltd. et al v. Ka Man, Case No. 2:19-cv-010589, and relating to the infringement of the following patents-in-suit: (i) U.S. Design Patent D817,000 (the "D'007 Patent"), (ii) U.S. Patent No. 9,578,943 (the "'943 Patent"), (iii) U.S. Patent No. 9,591,906 (the "'906 Patent"), and (iv) U.S. Patent No. 9,877,562 (the "'562 Patent").  Plaintiffs hereby notify the court that this case should be related to the following cases:

- 2:19-cv-10588 Guy A. Shaked Investments, Ltd. et al v. Beyond the Beauty, Inc.
- 2:19-cv-10590 Guy A. Shaked Investments, Ltd. et al v. Elegante Beauty Discount Center Inc.
- 2:19-cv-10591 Guy A. Shaked Investments, Ltd. et al v. Karmin Professional Ltd.
- 2:19-cv-10592 Guy A. Shaked Investments, Ltd. et al v. Ontel Products Corporation
- 2:19-cv-10593 Guy A. Shaked Investments, Ltd. et al v. Trade Box, LLC

This action and the underlying actions above are "related" under L.R. 83-1.3.1(c) because they involve four of the same patents-in-suit, substantially similar patent infringement allegations, and the same reliefs sought by the Plaintiffs. Therefore, assignment of these actions before a single Judge will result in

coordinated management, and is likely to conserve judicial resources and promote an efficient determination of all actions.

Dated: December 16, 2019

                                                        LATHAM & WATKINS LLP

                                          By  */s/ Michele D. Johnson*
                                                   Michele D. Johnson
                                                   Michael A. Morin
                                                   Kevin C. Wheeler
                                                   Joelle P. Justus

                                                   *Attorneys for Plaintiffs Guy A. Shaked Investments Ltd. and Dafni Hair Products, Ltd.*