**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GUY A. SHAKED INVESTMENTS LTD. AND DAFNI HAIR PRODUCTS, LTD. <br><br> Plaintiffs, <br><br> v. <br><br> CHIANG KA MAN, <br><br> Defendant. | Case No. 2:19-cv-10589-AB-MAA <br><br> **[PROPOSED] ORDER FOR PERMANENT INJUNCTION** |

| | |
|---|---|
| 1 | Plaintiffs Guy A. Shaked Investments Ltd. and Dafni Hair Products, Ltd. ("Plaintiffs") and Defendant Chiang Ka Man, also known as Charlie Chiang, (collectively, "the parties") have agreed to the below injunction. For good cause shown, IT IS HEREBY **ORDERED** that: |

Plaintiffs Guy A. Shaked Investments Ltd. and Dafni Hair Products, Ltd. ("Plaintiffs") and Defendant Chiang Ka Man, also known as Charlie Chiang, (collectively, "the parties") have agreed to the below injunction. For good cause shown, IT IS HEREBY **ORDERED** that:

Chiang Ka Man and any affiliates, agents, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with any of the foregoing are hereby enjoined, pursuant to 35 U.S.C. § 283 and Fed. R. Civ. P. 65(d), from making, using, distributing, shipping, advertising, marketing, offering to sell, or selling within the United States, or importing into the United States, the "VETROO" electric hair straightening brush, any other heated straightening brush, and any other product that infringes U.S. Patents No. D817,007, 9,578,943, 9,591,906, and/or 9,877,562 (collectively, the "Patents-In-Suit"), either alone or in combination with any other product, including direct or indirect infringement, including contributing to and/or inducing infringement, including assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in this paragraph, or delivering any such products and/or devices in or from the United States, and/or as prohibited by 35 U.S.C. §1 et seq., to any customer under any existing contract or agreement, until after the expiration of the latest to expire of the Patents-In-Suit;

Within 14 days of issuance of this order Chiang Ka Man will provide written notice of this injunction ordered herein to any affiliates, agents, servants, employees, attorneys, successors and assigns, and those persons in active concert or participation with them, including any and all persons or entities who have supplied Chiang Ka Man with any products covered by Paragraph 1.

//
//
//
//

IT IS FURTHER **ORDERED** THAT Plaintiffs need not post a bond for the injunctive relief ordered herein.

IT IS FURTHER **ORDERED** THAT this Court retains jurisdiction to enforce this Order and any dispute arising therefrom.

**SO ORDERED.**

Dated: March 03, 2020

_____
Honorable Andre Birotte Jr.
United States District Judge