| | |
|---|---|
| 1 | Michele D. Johnson (Bar No. 198298) |
| |    Michele.Johnson@LW.com |
| 2 | **LATHAM & WATKINS LLP** |
| | 650 Town Center Drive, 20th Floor |
| 3 | Costa Mesa, CA 92626-1925 |
| | Telephone: +1.714.540.1235 |
| 4 | Facsimile: +1.714.755.8290 |
| 5 | Michael A. Morin (*Pro Hac Vice*) |
| |    Michael.Morin@LW.com |
| 6 | Kevin C. Wheeler (Bar No. 261177) |
| |    Kevin.Wheeler@LW.com |
| 7 | Joelle P. Justus (Bar No. 275244) |
| |    Joelle.Justus@LW.com |
| 8 | **LATHAM & WATKINS LLP** |
| | 555 Eleventh Street, N.W., Suite 1000 |
| 9 | Washington, D.C. 20004-1304 |
| | Telephone: +1.202.637.2200 |
| 10 | Facsimile: +1.202.637.2201 |

Attorneys for Plaintiffs Guy A. Shaked Investments Ltd. and Dafni Hair Products, Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GUY A. SHAKED INVESTMENTS LTD. AND DAFNI HAIR PRODUCTS, LTD. | Case No. 2:19-cv-10589-AB-MAA |
| Plaintiffs, | **NOTICE OF DISMISSAL** |
| v. | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| CHIANG KA MAN | |
| Defendant. | |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Guy A. Shaked Investments Ltd. and Dafni Hair Products, Ltd. hereby dismiss this entire action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: March 9, 2020                    Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Michele D. Johnson
Michele D. Johnson
Michael A. Morin
Kevin C. Wheeler
Joelle P. Justus

*Attorneys for Plaintiffs Guy A. Shaked Investments Ltd. and Dafni Hair Products, Ltd.*

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626.

On March 9, 2020, I affected service of the following documents described as:

## NOTICE OF DISMISSAL

on the interested parties by depositing a sealed envelope with postage fully prepaid in the U.S. Mail for each addressee named below.

| | |
|---|---|
| CHIANG KA MAN<br>aka Charlie Chang<br>900 Turnbull Canyon Road, Unit A<br>City of Industry, CA 91745 | Young Park<br>PARK LAW<br>3700 Wilshire Blvd., #435<br>Los Angeles, California 90010 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 9, 2020, at Orange County, California.

By _____
Everett Bulthuis